The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.    MJ24-608 |
| Plaintiff, | COMPLAINT FOR VIOLATION |
| v. | 18 U.S.C. § 922 (g)(1) |
| ROCKY WILLIAM PAYMENT, | |
| Defendant. | |

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 29, 2024, in King County, within the Western District of Washington, ROCKY WILLIAM PAYMENT, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    One count of *Robbery in the First Degree,* in the Superior Court for Pierce County, under case number 07-1-05467-9, on or about June 30, 2008;

Complaint - 1
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.    One count of *Taking a Motor Vehicle Without Permission in the Second Degree,* and one count of *Violation of the Uniform Controlled Substances Act – Possession of Methamphetamine*, in the Superior Court for King County, under case number 13-1-01151-1KNT, on or about June 21, 2013; and

iii.    One count of *Burglary in the Second Degree,* and one count of *Theft in the First Degree,* in the Superior Court for Pierce County, under case number 16-1-01954-6, on or about June 16, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm that is: a black Springfield Armory Model XD, bearing serial number XD389786, which traveled in or affected interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

## AFFIANT BACKGROUND

1.    I am a Special Agent (SA) duly sworn and employed by the U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).  I am assigned to the ATF Seattle Field Office.  I have been an ATF Special Agent since December 13, 2009, responsible for investigating and enforcing violations of federal law.  I am also a Certified Explosives Specialist (SACES).

2.    I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, which are both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I completed the ATF Digital Media Collection Specialist Training course and have conducted multiple forensic collections of data from multiple digital media and other electronic storage platforms. I have completed the ATF Certified Explosives Specialist (CES) program, and am responsible for explosive operations, arson investigations, explosive investigations, identifying explosive materials, and mitigating explosives found to be hazardous in nature. I have completed the International Association of Arson Investigators, Fire Investigation Technician Program (FIT) and have been certified as a Fire Investigation Technician. Also, I have planned, supervised, and conducted multiple explosive recoveries and disposals as well as seizure

Complaint - 2
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of unlawful or improvised explosive materials. I received my Bachelor of Science degree in Psychology and a second degree in Criminal Justice from Towson University in Towson, Maryland. I obtained a Master of Science degree in Criminal Justice Administration from Columbia Southern University in Orange Beach, Alabama. I also obtained a Master of Science Graduate certificate in Explosives Engineering from Missouri University of Science and Technology in Rolla, Missouri. I also obtained a Doctor of Forensic Science from Oklahoma State University, in Stillwater Oklahoma.

3. I am responsible for investigations involving specified unlawful activities, to include violent crimes that occur in the Western District of Washington. I am also responsible for enforcing federal firearms, arson and explosives laws and related statutes in the Western District of Washington. I have actively participated in investigations of criminal activity, including but not limited to crimes against persons, crimes against property, narcotics-related crimes, and crimes involving the possession, use, theft, or transfer of firearms. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations. As a law enforcement officer, I have testified under oath, affirmed to applications of search and arrest warrants, and obtained electronic monitoring orders.

4. I make this Affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information gained from, but not limited to, the following sources: (1) investigation conducted by other law enforcement personnel, whose findings and observations have been reported to me either directly or indirectly; (2) statements of witnesses; (3) business and public records; and (4) law enforcement database inquiries.

5. Except as otherwise noted, the information set forth in this Affidavit has been provided to me by other law enforcement officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the

Complaint - 3
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

statement) to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are stated in substance, not verbatim, unless otherwise indicated.

6. Furthermore, my experience as a special agent forms a basis for the opinions and conclusions set forth below. Because this Affidavit is offered for the limited purpose of establishing probable cause that ROCKY WILLIAM PAYMENT committed the offense of unlawful possession of a firearm, it does not contain all of the information that law enforcement possesses relative to this investigation. Dates and times provided herein are approximate.

7. This Complaint is to be presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

## SUMMARY OF PROBABLE CAUSE

**A. Officer sees a suspicious vehicle in Issaquah, Washington on August 29, 2024**

8. On this day, an Issaquah Police Department (IPD) officer observed a suspicious vehicle, without a visible license plate or temporary tag, reverse into a parking spot at the Target parking lot in Issaquah, Washington.

9. The officer watched a white man, wearing a black hat, black shirt and blue jeans and a white woman wearing blue and pink clothing, exit the vehicle and enter the Target store.

10. The officer checked to see if the vehicle had a front license plate. It did not. And the Vehicle Identification Number (VIN) was partially obscured by a piece of paper, which violated RCW 9A.56.180. The officer activated his body camera to document the partially covered VIN.

11. Based on the officer's training and experience, he believed the vehicle was stolen.

Complaint - 4
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. Shortly after this, the female passenger that exited the suspicious vehicle (later identified as SHELBY CARRELL) came out of the Target store and stood on the sidewalk near the doors.

**B. Officers locate and detain Rocky William Payment**

13. The officer went inside the Target store to look for the man that parked the suspicious vehicle. The man (later identified as ROCKY WILLIAM PAYMENT) was found nearby the store exit.

14. Officers detained PAYMENT.

15. They conducted a pat down for weapons. During the pat down, they found a handgun hidden in PAYMENT's waistband.

16. Officers told PAYMENT they were detaining him for violating RCW 9A.56.180 and for suspicion of possessing a stolen vehicle.

17. Officers conducted a law enforcement database search which revealed that PAYMENT is a convicted felon, and that the firearm recovered, a black Springfield Armory Model XD, serial number XD389786, was reported stolen by the Fife Police Department.

18. Officers secured and impounded the vehicle to the IPD evidence lot and applied for a search warrant.

**C. PAYMENT's suspicious vehicle was confirmed stolen**

19. Four days later, IPD officers executed a search warrant on PAYMENT's vehicle.

20. They confirmed the VIN of the vehicle as 2C3CDXGJ6GH132781, as well as the accompanying license plates WA- BBV2006.

21. The vehicle and associated license plates were reported stolen by the Port of Seattle Police Department.

**D. PAYMENT is prohibited from possessing a firearm because he previously served over a year in custody**

Complaint - 5
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

23.    Agents obtained PAYMENT's criminal records for the following crimes:

    i.    One count of *Robbery in the First Degree,* in the Superior Court for Pierce County, under case number 07-1-05467-9, on or about June 30, 2008—PAYMENT was sentenced to 77 months;

    ii.    One count of *Taking a Motor Vehicle Without Permission in the Second Degree,* and one count of *Violation of the Uniform Controlled Substances Act – Possession of Methamphetamine*, in the Superior Court for King County, under case number 13-1-01151-1KNT, on or about June 21, 2013—PAYMENT was sentenced concurrently to 25 months for count 1 and 18 months for count 2; and

    i.    One count of *Burglary in the Second Degree,* and one count of *Theft in the First Degree,* in the Superior Court for Pierce County, under case number 16-1-01954-6, on or about June 16, 2016—PAYMENT was sentenced concurrently to 51 months for count 1 and 43 months for count 2.

**E.  Interstate nexus determination**

24.    Agents received a preliminary nexus report from a firearms interstate nexus expert to review the firearm that PAYMENT possessed.

25.    Based on the expert's training and experience they determined that the Springfield Armory Model XD, bearing serial number XD389786, was not manufactured in the state of Washington. Therefore, the firearm traveled in or affected interstate commerce.

26.    I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

//

//

//

Complaint - 6
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

Based on the foregoing, I respectfully submit that there is probable cause to believe that ROCKY WILLIAM PAYMENT unlawfully possessed a firearm in violation of 18 U.S.C. § 922 (g)(1).

MICHAEL COLLIER
Digitally signed by MICHAEL COLLIER
Date: 2024.09.24 16:30:28 -07'00'

MICHAEL J. COLLIER
Special Agent, ATF

The above agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit.  Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 25th day of September 2024.

The Honorable S. Kate Vaughan
United States Magistrate Judge

Complaint - 7
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970