Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

March 12, 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROCKY W. PAYMENT<br><br>Defendant. | NO.  CR 25 - 035  JNW<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 29, 2024, in King County, within the Western District of Washington, ROCKY W. PAYMENT, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    One count of *Robbery in the First Degree*, in the Superior Court for Pierce County, under case number 07-1-05467-9, on or about June 30, 2008;

    ii.    One count of *Taking a Motor Vehicle Without Permission in the Second Degree*, and one count of *Violation of the Uniform Controlled Substances Act Possession of Methamphetamine*, in the Superior Court for King County, under case number 13-1-

Indictment - 1
*United States v. Payment*
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

01151-1KNT, on or about June 21, 2013; and

iii.   One count of *Burglary in the Second Degree*, and one count of *Theft in the First Degree*, in the Superior Court for Pierce County, under case number 16-1-01954-6, on or about June 16, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a black Springfield Armory Model XD Sub-Compact .40 caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ROCKY W. PAYMENT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a.   One black Springfield Armory Model XD Sub-Compact .40 caliber pistol, and any associated ammunition, seized on or about August 29, 2024, from ROCKY W. PAYMENT.

//
//
//
//
//
//

Indictment - 2
*United States v. Payment*
USAO No. 2024R01056

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: 3/12/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
AJAY RAVINDRAN
Special Assistant United States Attorney

Indictment - 3
*United States v. Payment*
USAO No. 2024R01056

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970